**John C. RANDLE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28476.**

Court of Criminal Appeals of Texas.

June 30, 1956.

No appearance for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possessing alcoholic beverages for sale in a dry area is the offense, with punishment assessed at a fine of $200.

The record on appeal contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.